1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY M. BASHAW, | ) | Case No. SACV 12-974 SJO (JC) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

November 19, 2012.

DATED: _____

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE